### 15036. HUGHES *v.* THE STATE.

BLOODWORTH, J. There is no merit in the special ground of the motion for a new trial, and there is some evidence to support the verdict.
   *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
      DECIDED DECEMBER 5, 1923.

Indictment for larceny of automobile; from Lowndes superior court—Judge W. E. Thomas. September 4, 1923.

*James M. Johnson,* for plaintiff in error.

*C. E. Hay, solicitor-general, Eva L. Hay,* contra.

---

### 15043. BISHOP *v.* THE STATE.

BROYLES, C. J. The verdict was authorized by the evidence, and the overruling of the motion for a new trial was not error for any reason assigned.  *Judgment affirmed. Luke and Bloodworth, JJ., concur.*
      DECIDED DECEMBER 5, 1923.

Indictment for larceny of hog; from Spalding superior court—Judge Searcy. September 8, 1923.

*H. M. Fletcher,* for plaintiff in error.

*E. M. Owen, solicitor-general,* contra.